UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

      Plaintiff,

v.                              **ORDER**
                              Criminal File No. 11-280 (MJD/JSM)

HAROLD JAMES HURLEY (14) and
ERIKA ROMERO MONTENEGRO (16),

      Defendant.

Steven L. Schleicher, Assistant United States Attorney, Counsel for Plaintiff.

Jeffrey C. DeGree, Torres, DeGree & Associates, LLC, Counsel for Defendant Harold Hurley.

Peter B. Wold, Peter B. Wold, PA, Counsel for Defendant Erika Romero Montenegro.

      The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated January 25, 2012.  [Docket No. 487.]  Defendants Harold James Hurley and Erika Romero Montenegro have filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, the Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Mayeron dated January 25, 2012.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** Magistrate Judge Janie S. Mayeron's Report and Recommendation dated January 25, 2012 [Docket No. 487].

2. Defendant Harold James Hurley's Motion to Suppress Statements [Docket No. 339] and Motion to Suppress Evidence Obtained in Search [Docket No. 340] are **DENIED**.

3. Defendant Erika Romero Montenegro's Motion to Suppress Evidence Obtained from Electronic Surveillance and Wiretapping [Docket No. 220], Motion to Suppress Confession or Statements in the Nature of Confessions [Docket No. 221], and Motion to Suppress Evidence Obtained in Violation of the Fourth Amendment [Docket No. 222] are **DENIED**.

Dated:  February 24, 2012         s/ Michael J. Davis
                                  Michael J. Davis
                                  Chief Judge
                                  United States District Court